# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
## _____ DIVISION

Carlton D. Malone,

     Plaintiff,

vs.

Krogers,

     Defendant.

Cause No.

2:10-cv-0013 WTL-DML

## COMPLAINT UNDER TITLE VII FOR DISCRIMINATION

Plaintiff brings a complaint against defendant __Krogers__ for violation of Title VII rights.

Plaintiff ✓ DOES ___ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address and Phone Number:

Carlton D. Malone
2390 7th Ave. Terre Haute,
Indiana, 47803
812-223-1330

Defendant's Name and Address

Krogers
518 E. Jasper St. Paris, IL. 61944
5960 Castle Way W. Drive
Indianapolis, IN 46250

## II. JURISDICTION

1. This complaint is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331.

2. Plaintiff ✓ DID ___ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission. **[Attach charge as Exhibit 1]**.

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission was received on or about __10-19-09__ (insert date). [Attach Notice of Right to Sue as Exhibit 2].

## III. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following:

Plaintiff rights were violated under Title VII of the Civil Rights Act of 1964, As Amended. And because of my disability which is a violation of the Americans with Disabilities Act of 1990, As Amended. Plaintiff was Discharge in retaliation for Complaining about race discrimination.

## IV. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Plaintiffs rights were denied under Title VII of the Civil Rights Act of 1964, as Amended.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Returned to employement position under A contracual Agreement or All + ANY Appropriate monetary compesation that are just do[me] under the violations of my rights.

(Use additional sheets if necessary.)

## VI. AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and that I believe them to be, to the best of my personal knowledge, true and correct.

Signed this 15th day of January, 2010

C. Dwayne Malone
(Signature of Plaintiff)