UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARLTON D. MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:10-cv-00662-WTL-DML |
| ) | |
| KROGERS, ) | |
| ) | |
| Defendant. ) | |

## Entry from Settlement Conference and
## Order Directing Filing of Documents Authorizing Dismissal

The plaintiff, in person and by Mediation Assistance Program Counsel, and the defendant, by its authorized representative and by counsel, appeared for a settlement conference on January 3, 2011, with the magistrate judge. The conference was successfully concluded, and the parties entered a settlement agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel for the plaintiff shall file a motion to dismiss this cause and submit an order for the court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

So ORDERED.

Date: 01/05/2011

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Matthew J. Kelley
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
matthew.kelley@ogletreedeakins.com

Kristin B. Keltner
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kristin.keltner@odnss.com

Edward D. Thomas
LEWIS WAGNER LLP
ethomas@lewiswagner.com

CARLTON D. MALONE
2390 7th Ave.
Terre Haute, IN 47803