UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARLTON D. MALONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:10-cv-00662-WTL-DML |
| KROGER, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Comes now Plaintiff, by counsel, and Defendant, by counsel, and having filed herein their Stipulation of Dismissal, and the Court, having read and examined said Stipulation and being duly advised in the premises, now finds that this matter should be dismissed, with prejudice.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** by the Court that the above-entitled matter be, and it hereby is, dismissed, with prejudice, costs paid.

DATE: 01/25/2011

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

ethomas@lewiswagner.com
kristin.keltner@odnss.com
matthew.kelley@ogletreedeakins.com
realpearl1967@yahoo.com

Q:\GEN\18121\STIP DISMISS ORDER.doc